# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CLARK, JR., <br>     Plaintiff, <br> v. <br><br> NCO FINANCIAL SYSTEMS, INC., <br>     Defendant. | ) <br> ) <br> ) <br> ) **Case No.: 2:11-cv-7412-BMS** <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.

/S/ Craig Thor Kimmel
Craig Thor Kimmel
Attorney ID # 57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com

Date: February 20, 2012